JACOB KAPLAN, PLAINTIFF–RESPONDENT, v. BENJAMIN
MERANUS, ET AL., DEFENDANTS–APPELLANTS.

Argued December 6, 1948—Decided December 13, 1948.

*Mr. Edward Gaulkin* argued the cause for the defendants-appellants (*Mr. William L. Greenbaum,* attorney).

*Mr. Samuel Roessler* argued the cause for the plaintiff-respondent.

PER CURIAM.   The judgment under review will be affirmed for the reasons expressed in the opinion of Mr. Justice Case in the court below.

*For affirmance:* Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD and ACKERSON—5.

*For reversal:* None.